# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 10/10/2022)

FILED
08/08/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE Southern District DISTRICT OF Indiana

Harold Harvey )
(Full name of plaintiff(s)) )
New Castle, CF )
 )
Newcastle Ind )
 )
 )
         v. ) Cause No. 1:25-cv-01593-JPH-MG
 ) (to be supplied by clerk of court)
 )
Ascension Saint Vicent )
(Full name of defendant(s)) )
and Surgen )
 )
 )

A. PARTIES

1. Plaintiff is a citizen of __Ind__, and is located at
   _(State)_
   New Castle-CF 1000 Van Nuys Road P.O. Box E
   New Castle Ind 47362
   _(Address of prison or jail)_
   (If more than one plaintiff is filing, list address on another piece of paper)

2. Defendant __Ascension Saint Vicent and Surgen__
   _(Name)_

   Is (if a person or private corporation) a citizen of __Ind.__
   _(State, if known)_

and (if a person) resides at <u>Indianapolis, Ind</u>
(Address, if known)

and (if the defendant harmed you while performing defendant's job) worked for

<u>Ascension Saint Vincent</u>
(Employer's name and address if known)

(If you need to list more defendants, use another page)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know

1.) The Surgeon Who Did Something wrong In Surgie

2.) The Nurse Who gave me the shot to speed my heart up to 180+ beat per min Insted of a pain shot

3.) Right Before Shif Change so the Next Shift would find me dead and have to do the paper work

4.) At Ascowion Saint Vincent Hospital

5.) The doctor Did Something wrong During Surgie and I report the guards at RDC for Rape to too murder of a Inmate at RDC

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331

OR

☐ I AM SUING UNDER STATE LAW. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or any order telling defendants to do something or stop doing something.

1.) I want the Surgeon barred form Proticing medicine and prosucuted for trying to Kill me

2.) I want a apolgie for them trying to Kill me because I did Nothing to them!

3.) I want to no what he did to my leg that I have terable pain when I put weight on my leg after almost 2 years

4) I want a Jugment of 3,000,000.00 millon dollor for my pain an suffing

E. JURY DEMAND

☒ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this __3__ day of __Aug__, 20_25_

Respectfully Submitted,

_____
Signature of Plaintiff

__288290_____
Plaintiff's Prison ID Number

__New Castle-CF 1000 Van Nuys Rd. P.O. Box E__
Plaintiff's Mailing Address

__New Castle- Ind 47362_____

(If more than one Plaintiff, use an additional piece of paper)

F. CERTIFICATION (Optional)

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEE

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I Have completed a request to proceed in the district court without prepaying the fee and attached it to this complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing Fee under 28 U.S.C. § 1915 and I have included the full filing fee with this complaint.

Name: Harold Harven
DOC# 288290   Housing Unit A2-243

**THE GEO GROUP INC.**
**NEW CASTLE CORRECTIONAL FACILITY**
P.O. BOX A
**NEW CASTLE, IN 47362**

This correspondence has been mailed by an incarcerated individual at the above correctional institution.
**"WARNING"** Not responsible for contents. Any enclosed Postal Money orders should be referred to your local postmaster before cashing.

USDC-SD INDIANAPOLIS DIV.
105 BAYH FEDERAL BLDG.
46 E. OHIO STREET
INDIANAPOLIS, IN 46204

INDIANAPOLIS IN 460
6 AUG 2025 PM 4 L

quadient
FIRST-CLASS MAIL
IMI
$001.03
08/04/2025 ZIP 47362
043M31261167
US POSTAGE

RECEIVED
AUG 0 4 2025
NCCF LAW LIBRARY

Legal mail

FILED
AUG 0 8 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

46204-191990